IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MICHAEL COREY RONCA and IRINA CAITLYN RONCA, <br><br> Plaintiffs, <br><br> vs. <br><br> RANCH FOR KIDS PROJECT, INC., THE RANCH FOR KIDS, INC., DEEP SPRINGS LIMITED LIABILITY COMPANY, PINKHAM CREEK RANCH, LLC, WILLIAM JOHN SUTLEY, DANIEL WILLIAM SUTLEY, JOYCE ELAINE STERKEL, MELISSA D. FELLERS, MIKHAIL VOLSKY, ANGELA KRAUSE-PECORA, DOES 1-10, <br><br> Defendants. | CV 20–02–M–DLC <br><br><br> ORDER |

Pursuant to the parties' Stipulation for Dismissal with Prejudice (Doc. 31),

IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE, each

party to bear their own costs and fees.

DATED this 15th day of April, 2021.

_____
Dana L. Christensen, District Judge
United States District Court